

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-31-2007

# Iverson v. Philadelphia

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-3668

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Iverson v. Philadelphia" (2007). *2007 Decisions.* Paper 1725.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1725

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-3668
_____

LEROY IVERSON,

Appellant,

v.

CITY OF PHILADELPHIA.

_____

On Appeal From the United States District Court
for the Eastern District of Pennsylvania
(No. 04-cv-02275)
District Judge:  Honorable John R. Padova

Submitted Under Third Circuit LAR 34.1(a)
December 14, 2006

Before: FISHER, CHAGARES and GREENBERG, *Circuit Judges*.

(Opinion Filed on January 12, 2007)
_____

**ORDER AMENDING OPINION**

CHAGARES, Circuit Judge

IT IS HEREBY ORDERED that the opinion in the above case, filed January 12, 2007, be amended as follows:

On page 6, third line,  delete "Only" and begin sentence with "Iverson."

On page 6, fifth line through eighth line, delete "the City did not accede to our request for further briefing, perhaps intending to rest on its previous statement that it believed dismissing its counterclaim without prejudice vests this Court with appellate jurisdiction.  (Br. in Opp. at 3 n.1.)." Replace deleted text with "the City timely filed its response."

By the Court,

/s/ Michael A. Chagares
Circuit Judge

Dated: January 31, 2007